Anton LUND, Administrator of the Estate of Ezra J. Howell, Deceased, Appellant, v. Nellie B. HOWELL, Respondent.

No. 5748.   Decided April 13, 1937.   (67 P. [2d] 223.)

*Budge & Parker*, of Salt Lake City, for appellant.

*O. W. Carlson*, of Salt Lake City, for respondent.

LARSON, Justice.

The case of Anton Lund, Administrator of Estate of *Ezra J. Howell, Deceased*, v. *Nellie B. Howell and David J. Davis*, 92 Utah 232, 67 P. (2d) 215, decided at this term by this court, is decisive of the issues involved in this case, and upon the authority of that case, and for reasons therein stated, the judgment in this case is affirmed. Costs to respondent.

FOLLAND, HANSON, and MOFFAT, JJ., concur.

WOLFE, Justice.

I dissent for the same reasons given in the opinion of *Anton Lund, Administrator of Estate of Ezra J. Howell, Deceased*, v. *Nellie B. Howell and David J. Davis*, 92 Utah 232, 67 P. (2d) 215, just decided.